McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00123 DAD-BAM |
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| EVARISTO GOMEZ and MARIA MUNOZ, | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 12, 2020 charging the above defendant with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud (1 count); 18 U.S.C. § 1343 – Wire Fraud (4 counts); 7 U.S.C. § 2024(b) and 18 U.S.C. § 2 -- Unauthorized Use and Possession of Benefits, and Aiding and Abetting (4 counts); 7 U.S.C. §§ 2024(e) and (f), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(C) - Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

1  except when necessary for the issuance and execution of the warrants.

2  DATED: July 30, 2020           Respectfully submitted,

3                                                  McGREGOR W. SCOTT
4                                                  United States Attorney

5                                          By     /s/ LAURA D. WITHERS
                                                   LAURA D. WITHERS
6                                                  Assistant U.S. Attorney

8          IT IS SO ORDERED.

9  Dated:  July 30, 2020          _____
10                                                  ERICA P. GROSJEAN
                                                    U.S. Magistrate Judge

Motion to Seal Indictment                      2