McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVARISTO GOMEZ and<br>MARIA MUNOZ,<br><br>Defendants. | CASE NO. 1:20-CR-00123-NONE-SKO<br><br>MOTION TO UNSEAL INDICTMENT AND ORDER THEREON |

The United States of America, by and through its undersigned counsel, hereby moves to unseal the indictment in the above-captioned case. On July 30, 2020, the grand jury returned an indictment in this case, which was sealed to prevent the defendants becoming aware of the charges until an arrest could be made. As one of the defendants was arrested this morning and another has become aware of the indictment, there is no longer a need for the indictment to remain sealed.

Dated: July 31, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

1

**ORDER**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

IT IS SO ORDERED.

Dated:   **July 31, 2020**                                /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE

2