HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00123 DAD-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| EVARISTO GOMEZ, | |
| *Defendant,* | |

Defendant, Evaristo Gomez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Gomez submits the attached Financial Affidavit as evidence of his inability to retain counsel. An Indictment was filed July 30, 2020 charging Mr. Gomez with wire fraud and conspiracy to commit wire fraud in violation of 18 U.S.C. §§ 1343 and 1349. On July 31, 2020, the U.S. Attorney's office contacted our office and advised of the pending charges and Mr. Gomez's need for counsel.

Mr. Gomez submits the attached Financial Affidavit as evidence of his inability to retain counsel. Our office has a conflict. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be promptly appointed.

DATED: August 4, 2020          */s/ Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**August 4, 2020**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: United States of America v.s. Evaristo Gomez

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): **Evaristo Gomez**

1. ☒ Defendant— Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 1:20-cr-00123-DAD-BAM
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
18 U.S.C. section 1349 - Conspiracy to commit (criminal forfeiture)
18 U.S.C. section 1343 wire fraud (aiding and abetting)
7 U.S.C. section 2024(b) and 18 U.S.C section [unclear] (unauthorized use)
7 U.S.C. section 2024(c) and (f) 18 U.S.C. section 981 (a)(1)(c)(and 21 U.S.C. 246(b))

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Westech Systems, Inc. 827 Jefferson Ave Clovis, CA 93662
IF YES, how much do you earn per month? $ 2,000.00
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS — OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
Evaristo Alec Gomez — Son
Delilah Jane Gomez — Daughter
Adelina Rose Gomez — Daughter

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent for Apartment | | $ | $ 500.00 |
| Phone Bill | | $ | $ 100.00 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7·31·20

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

SEALED