**Melissa Baloian, SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, Ca. 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant EVARISTO GOMEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:20-CR-00123-DAD-BAM |
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL LOCATION MONITORING DEVICE; FINDINGS & ORDER** |
| vs. | |
| EVARISTO GOMEZ, | |
| Defendant. | |

## STIPULATION

The defendant, EVARISTO GOMEZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

1. By previous order, on August 14, 2020, this court ordered Mr. Gomez released under certain conditions, with one of the conditions containing a curfew. (Dkt. 17, 20.)

2. Pretrial Services, through Officer Anthony Perez, recommends a modification in Mr. Gomez' current curfew conditions due to his compliance. Mr. Gomez has been in compliance with the terms of his pre trial release.

//

3. The parties agree and stipulate, and request the Court find the following:

    a. Condition 7(k), pertaining to curfew, listed on Document 20, filed August 20, 2020, currently reads:

    **CURFEW:** You are restricted to your residence every day from 9:00 p.m., to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations;

    b. Condition 7(k), pertaining to curfew, shall be modified to read: **CURFEW:** You are restricted to your residence every day from 10:00 p.m., to 5:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations.

IT IS SO STIPULATED

Dated: March 25, 2021

    /s/ Melissa Baloian
    _____
    **MELISSA BALOIAN**
    Attorney for Defendant

Dated: March 25, 2021

    /s/ Laura Withers
    _____
    **LAURA WITHERS**
    Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, the Court modifies Mr. Gomez' current curfew conditions due to his compliance as follows:

a. Condition 7(k), pertaining to curfew, shall be modified to read: **CURFEW:** You are restricted to your residence every day from 10:00 p.m., to 5:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations.

IT IS SO ORDERED.

Dated:   **March 25, 2021**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE