Melissa Baloian, SBN# 232602
Law Office of Melissa Baloian
5424 N. Palm Ave. Suite 106
Fresno, Ca. 93704
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant EVARISTO GOMEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:20-CR-00123-DAD-BAM |
| Plaintiff, | **STIPULATION TO ALLOW TRAVEL WITH PRETRIAL LOCATION MONITORING DEVICE; FINDINGS & ORDER** |
| vs. | |
| EVARISTO GOMEZ, | |
| Defendant. | |

## STIPULATION

The defendant, EVARISTO GOMEZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through it's counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

1. By previous order, on August 14, 2020, this court ordered Mr. Gomez released under certain conditions, with one of the conditions requiring Mr. Gomez participate in the location monitoring program. (Dkt. 20.)

2. Mr. Gomez is requesting permission to travel for work while on the location monitoring program. Pretrial Services Officer Anthony Perez agrees with this request, as Mr. Gomez has been in compliance.

3. The parties agree and stipulate, and request the Court find the following:

    a. Mr. Gomez is allowed to travel for work to Cupertino, California, on Monday, April 12, 2021, at 5 a.m.  He is allowed to stay at a hotel in Los Gatos, California.

    b. Mr. Gomez must return from his employment travel on Wednesday, April 14, 2021, by 10 p.m.

    c. Once the Court has approved this stipulation, Mr. Gomez must retrieve his location monitoring equipment and bring it to the hotel in Los Gatos.

IT IS SO STIUPLATED

Dated: April 12, 2021

        /s/ Melissa Baloian
        _____
        **MELISSA BALOIAN**
        Attorney for Defendant

Dated: April 14, 2021

        /s/ Laura Withers
        _____
        **LAURA WITHERS**
        Assistant United States Attorney

---

**ORDER**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:  **April 13, 2021**

        _____
        UNITED STATES MAGISTRATE JUDGE