Melissa Baloian, SBN# 232602
Law Office of Melissa Baloian
5424 N. Palm Ave. Suite 106
Fresno, Ca. 93704
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant EVARISTO GOMEZ

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:20-CR-00123-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW TRAVEL WITH PRETRIAL LOCATION MONITORING DEVICE;** |
| vs. | |
| EVARISTO GOMEZ, | |
| Defendant. | |

**STIPULATION**

The defendant, EVARISTO GOMEZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through it's counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

1. By previous order, on August 14, 2020, this court ordered Mr. Gomez released under certain conditions, with one of the conditions requiring Mr. Gomez participate in the location monitoring program. (Dkt. 20.)

2. Mr. Gomez is requesting permission to travel for work while on the location monitoring program. Pretrial Services Officer Anthony Perez agrees with this request, as Mr. Gomez has been in compliance.

3. The parties agree and stipulate, and request the Court find the following:

    a. Mr. Gomez is allowed to travel for work to Santa Maria, California, on Tuesday, June 1, 2021, at 3:30 a.m. He is allowed to stay at The Holiday Inn Hotel, located at 2100 N. Broadway, Santa Maria, Ca., 93454.

    b. Mr. Gomez must return from his employment travel on Friday, June 4, 2021, by 10 p.m.

    c. Once the Court has approved this stipulation, Mr. Gomez must retrieve his location monitoring equipment and bring it to the hotel in Santa Maria.

IT IS SO STIUPLATED

Dated: May 28, 2021

/s/ Melissa Baloian

**MELISSA BALOIAN**
Attorney for Defendant

Dated: May 28, 2021

/s/ Laura Withers

**LAURA WITHERS**
Assistant United States Attorney

---

## ORDER

**IT IS SO ORDERED.**

Dated: May 28, 2021

*Sheila K. Oberto*
**UNITED STATES MAGISTRATE JUDGE**