**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EVARISTO GOMEZ,<br><br>　　　　　　　Defendant. | Case No.  1:20-CR-00123-DAD-BAM<br><br>**STIPULATION TO ALLOW A HOSPITAL VISIT WITH PRETRIAL LOCATION MONITORING DEVICE; FINDINGS & ORDER** |

**STIPULATION**

　　　　The defendant, EVARISTO GOMEZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through it's counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

　　　　1.　　By previous order, on August 14, 2020, this court ordered Mr. Gomez released under certain conditions, with one of the conditions requiring Mr. Gomez participate in the location monitoring program. (Dkt. 20.)

　　　　2.　　Mr. Gomez is requesting permission be present at the birth of his child at Fresno Community Regional Medical Center (CRMC), while on the location monitoring device through Pretrial Release. Mr. Gomez' wife is due to give birth now, or within the next few days.

　　　　3.　　Pretrial Services Officer Anthony Perez agrees with this request, as Mr. Gomez has been in compliance.

　　　　4.　　The parties agree and stipulate, and request the Court find the following:

    a.    Mr. Gomez is allowed to attend the birth of his child at CRMC, in Fresno, CA.  He is allowed at the hospital from the time his wife is admitted until she is discharged.

    b.    During this time at the hospital, Mr. Gomez will not be electronically monitored.  Upon his wife's discharge from the hospital and his return home, Mr. Gomez will continue with the electronic location monitoring.

IT IS SO STIUPLATED

Dated: June 11, 2021

/s/ Melissa Baloian

_____

**MELISSA BALOIAN**
Attorney for Defendant

Dated: June 11, 2021

/s/ Laura Withers

_____

**LAURA WITHERS**
Assistant United States Attorney

-------------------------------------------------------------------------------------------------------------------------

**ORDER**

IT IS SO ORDERED.

Dated:  **June 11, 2021**          _____
                                          UNITED STATES MAGISTRATE JUDGE