Melissa Baloian, SBN# 232602
Law Office of Melissa Baloian
5424 N. Palm Ave. Suite 106
Fresno, Ca. 93704
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant EVARISTO GOMEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>EVARISTO GOMEZ,<br><br>　　　　　　　Defendant. | Case No. 1:20-CR-00123-DAD-BAM<br><br>**STIPULATION TO ALLOW TRAVEL WITHOUT PRETRIAL LOCATION MONITORING DEVICE; FINDINGS & ORDER** |

**STIPULATION**

　　　　The defendant, EVARISTO GOMEZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through it's counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

　　　　1.　　By previous order, on August 14, 2020, this court ordered Mr. Gomez released under certain conditions, with one of the conditions requiring Mr. Gomez participate in the location monitoring program. (Dkt. 20.)

　　　　2.　　Upon Mr. Gomez is requesting permission to travel for work while on pretrial release.

　　　　3.　　With Pretrial Services recommendation, Mr. Gomez will not be taking the location monitoring device during his work travel.

4. The parties agree and stipulate, and request the Court find the following:

    a. Mr. Gomez is allowed to travel for work to Petaluma, California, on Monday, December 20, 2021, at 4 a.m. He is allowed to stay at a hotel in Petaluma, California.

    b. Mr. Gomez must return from his employment travel on Friday, December 24, 2021, by 10 p.m.

    c. Mr. Gomez will not be taking the location monitoring equipment during his work travel.

IT IS SO STIUPLATED

Dated: December 17, 2021

/s/ Melissa Baloian
_____
**MELISSA BALOIAN**
Attorney for Defendant

Dated: December 17, 2021

/s/ Laura Withers
_____
**LAURA WITHERS**
Assistant United States Attorney

------------------------------------------------------------------------------------------------------------

**ORDER**

IT IS SO ORDERED.

Dated: __December 17, 2021__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE