1  Melissa Baloian, SBN# 232602
   Law Office of Melissa Baloian
2  5424 N. Palm Ave. Suite 106
   Fresno, Ca. 93704
3  Telephone (559) 352-2331
   Mbaloian.law@gmail.com
4
5  Attorney for Defendant EVARISTO GOMEZ

FILED
JAN 0 3 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>EVARISTO GOMEZ,<br><br>             Defendant. | Case No. 1:20-CR-00123-DAD-BAM<br><br>STIPULATION TO ALLOW TRAVEL WITHOUT PRETRIAL LOCATION MONITORING DEVICE; FINDINGS & ORDER |

## STIPULATION

The defendant, EVARISTO GOMEZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through it's counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

1. By previous order, on August 14, 2020, this court ordered Mr. Gomez released under certain conditions, with one of the conditions requiring Mr. Gomez participate in the location monitoring program. (Dkt. 20.)

2. Mr. Gomez is requesting permission to travel for work while on pretrial release from January 3, 2022, through January 7, 2022.

3. With Pretrial Services recommendation, Mr. Gomez will not be taking the location monitoring device during his work travel.

4. The parties agree and stipulate, and request the Court find the following:

    a. Mr. Gomez is allowed to travel for work to Arbukle, California, on Monday, January 3, 2022, at 4 a.m. He is allowed to stay at a hotel in Arbuckle, California.

    b. Mr. Gomez must return from his employment travel on Friday, January 7, 2022, by 10 p.m.

    c. Mr. Gomez will not be taking the location monitoring equipment during his work travel.

IT IS SO STIUPLATED

Dated: December 30, 2021

/s/ Melissa Baloian

**MELISSA BALOIAN**
Attorney for Defendant

Dated: December 30, 2021

/s/ Laura Withers

**LAURA WITHERS**
Assistant United States Attorney

---

**ORDER**

**IT IS SO ORDERED.**

Dated: 1/3/22

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE