Melissa Baloian, SBN# 232602
Law Office of Melissa Baloian
5424 N. Palm Ave. Suite 106
Fresno, Ca. 93704
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant EVARISTO GOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>EVARISTO GOMEZ,<br><br>                  Defendant. | Case No. 1:20-CR-00123-DAD-BAM<br><br>STIPULATION TO STAY WITH FAMILY AWAY FROM MR. GOMEZ' RESIDENCE WITHOUT PRETRIAL LOCATION MONITORING DEVICE; FINDINGS & ORDER |

STIPULATION

The defendant, EVARISTO GOMEZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through it's counsel, Assistant United States Attorney Laura Withers, hereby stipulate as follows:

1. By previous order, on August 14, 2020, this court ordered Mr. Gomez released under certain conditions, with one of the conditions requiring Mr. Gomez participate in the location monitoring program. (Dkt. 20.)

2. Mr. Gomez is requesting permission to stay the night at his brother's residence on December 31, 2021, along with his family, while on pretrial release. Pretrial Release is in agreement with the stipulation below.

3. With Pretrial Services recommendation, Mr. Gomez will not be taking the location monitoring device.

4. The parties agree and stipulate, and request the Court find the following:

   a. Mr. Gomez is allowed to be away from his home at 10:00 p.m. on December 31, 2021, and through 6:00 a.m. January 1, 2022.

   b. Mr. Gomez must return to regular curfew hours on January 1, 2022, and be home by 10:00 p.m.

   c. Mr. Gomez will spend the night at his brother's home located at 3446 N. Gregory Ave, Fresno Ca.

IT IS SO STIUPLATED

Dated: December 30, 2021

/s/ Melissa Baloian

**MELISSA BALOIAN**
Attorney for Defendant

Dated: December 30, 2021

/s/ Laura Withers

**LAURA WITHERS**
Assistant United States Attorney

---

## ORDER

IT IS SO ORDERED.

Dated: 1/3/22

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE