PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00123-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | DATE: July 25, 2022 |
| EVARISTO GOMEZ, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows.

1. By previous order, this matter was set for a status hearing on July 25, 2022.

2. By this stipulation, the parties now move to continue the status hearing until October 24, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Both parties request additional time to review materials and prepare for sentencing.

   b) Counsel for defendant believes that this continuance is necessary to prepare for eventual sentencing in this case.

IT IS SO STIPULATED.

1

Dated: July 22, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: July 22, 2022

/s/ Melissa Baloian
MELISSA BALOIAN
Counsel for Defendant
EVARISTO GOMEZ

## ORDER

Pursuant to the stipulation of the parties, the status hearing regarding the sentencing of defendant Gomez is continued to October 24, 2022 at 9:00 a.m.. Because defendant is awaiting sentencing, no exclusion of time under the Speedy Trial Act is required.

IT IS SO ORDERED.

Dated:  **July 24, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2