PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>EVARISTO GOMEZ,<br><br>                          Defendant. | CASE NO.  1:20-CR-00123-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;  FINDINGS AND ORDER<br><br>DATE: Oct. 24, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows.

1.      By previous order, this matter was set for a status hearing on October 24, 2022.

2.      By this stipulation, the parties now move to continue the status hearing until February 27, 2023.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Both parties request additional time to review materials and prepare for sentencing.

///

///

///

1            b)     Counsel for defendant believes that this continuance is necessary to prepare for

2  eventual sentencing in this case.

3      IT IS SO STIPULATED.

4

5  Dated:  October 17, 2022                PHILLIP A. TALBERT

6                                United States Attorney

7                              /s/ ALEXANDRE DEMPSEY

8                              ALEXANDRE DEMPSEY
                                Assistant United States Attorney

9

10

11  Dated:  October 17, 2022            /s/ Melissa Baloian
                              MELISSA BALOIAN

12                              Counsel for Defendant
                              EVARISTO GOMEZ

13

14

15                           **ORDER**

16

17

18  IT IS SO ORDERED.

19    Dated:    October 19, 2022

20                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28