PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVARISTO GOMEZ,<br><br>Defendant. | CASE NO. 1:20-CR-00123-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: February 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows.

1. By previous order, this matter was set for a status hearing on February 27, 2023.

2. By this stipulation, the parties now move to continue the status hearing until August 28, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Both parties request additional time to review materials and prepare for sentencing.

    b) Counsel for defendant believes that this continuance is necessary to prepare for eventual sentencing in this case.

IT IS SO STIPULATED.

Dated: February 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: February 9, 2023

/s/ Melissa Baloian
MELISSA BALOIAN
Counsel for Defendant
EVARISTO GOMEZ

IT IS SO ORDERED.

Dated:   February 10, 2023

UNITED STATES DISTRICT JUDGE