PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00123 ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING RE SENTENCING |
| v. | |
| EVARISTO GOMEZ, | DATE:  December 4, 2023<br>TIME:  8:30 a.m.<br>JUDGE: Hon. Ana De Alba |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing regarding sentencing on August 28, 2023 at 8:30 a.m.

2. By this stipulation, the parties move to continue the hearing regarding sentencing until **December 4, 2023 at 8:30 a.m.**

3. The parties request the continuance so that defendant Gomez has adequate time to fulfill all of his obligations pursuant to his plea agreement. The parties therefore stipulate and request that the current date set for the hearing re sentencing be vacated and that the matter be re-set

1

for a status hearing on December 4, 2023 at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

    4.    The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED.

DATED:    August 18, 2023

    /s/ Henry Z. Carbajal III
    HENRY Z. CARBAJAL III
    Assistant United States Attorney

DATED:    August 18, 2023

    /s/Melissa Baloian
    MELISSA BALOIAN
    Counsel for Defendant
    EVARISTO GOMEZ

## O R D E R

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the hearing regarding sentencing as to defendant Evaristo Gomez is continued from August 28, 2023 to December 4, 2023, at 8:30 a.m.

IT IS SO ORDERED.

    Dated:   August 21, 2023

UNITED STATES DISTRICT JUDGE

2