PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>v.<br><br>EVARISTO GOMEZ,<br><br>                     Defendant. | CASE NO. 1:20-CR-00123 NODJ-BAM<br><br>STIPULATION TO CONTINUE<br>HEARING RE SENTENCING<br><br>DATE:   December 18, 2023<br>TIME:   8:30 a.m.<br>JUDGE:  TBD |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing regarding sentencing on December 4, 2023 at 8:30 a.m. The Court later continued the hearing to December 18, 2023, at 8:30 a.m.

2. By this stipulation, the parties move to continue the hearing regarding sentencing until **February 26, 2024, at 8:30 a.m.**

3. The parties request the continuance so that defendant Gomez has adequate time to fulfill all of his obligations pursuant to his plea agreement. The parties therefore stipulate and

1

request that the current date set for the hearing re sentencing be vacated and that the matter be re-set for a status hearing on February 26, 2024 at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

    4. The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED.

DATED:   December 8, 2023

    /s/ Henry Z. Carbajal III
    HENRY Z. CARBAJAL III
    Assistant United States Attorney

DATED:   December 8, 2023

    /s/ Melissa Baloian
    MELISSA BALOIAN
    Counsel for Defendant
    EVARISTO GOMEZ

## O R D E R

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the hearing regarding sentencing as to defendant Evaristo Gomez is continued from December 18, 2023 to **February 26, 2024, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **December 8, 2023**     /s/ Barbara A. McAuliffe
    UNITED STATES MAGISTRATE JUDGE

2