PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00123-NODJ-BAM-1 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| EVARISTO GOMEZ, | DATE: March 11, 2025 |
| Defendant. | TIME: 8:30 a.m.<br>JUDGE: TBD |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing regarding sentencing on August 12, 2024 at 8:30 a.m.

2. By this stipulation, the parties move to continue the hearing regarding sentencing until March 11, 2025, at 8:30 a.m.

3. This case should trail the related case *United States v. Jorge Rivera*, No. 23-cr-00092 JLT, which has been set for trial on March 4, 2025. The parties request the continuance so that defendant Gomez has adequate time to fulfill all of his obligations pursuant to his plea agreement.

1

The parties therefore stipulate and request that the current date set for the hearing re sentencing be vacated and that the matter be re-set for a status hearing on March 11, 2024 at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

    4.    The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED.

DATED:    August 1, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:    August 1, 2024

/s/Melissa Baloian
MELISSA BALOIAN
Counsel for Defendant
EVARISTO GOMEZ

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the hearing regarding sentencing as to defendant Evaristo Gomez is **CONTINUED** from August 12, 2024, to **March 24, 2025[1], at 8:30 a.m.**

IT IS SO ORDERED.

Dated: August 02, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] March 11, 2024, is not an available date.

2