MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVARISTO GOMEZ,<br><br>Defendant. | Case No. 1:20-cr-00123-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; AND ORDER<br><br>HEARING: March 24, 2025<br>TIME:    8:30 A.M.<br>JUDGE:   NODJ |

**STIPULATION**

The United States of America, by and through its undersigned counsel, and Defendant, by and through his undersigned counsel, hereby stipulate as follows:

1. By previous order, the sentencing hearing was continued to March 24, 2025 at 8:30 a.m. before the district judge;

2. This case should trail the related case *United States v. Jorge Rivera*, No. 1:23-cr-00092-JLT-SKO. Recently, the trial in that related case has been continued to September 23, 2025 at 8:30 a.m. from March 4, 2025 at 8:30 a.m.

3. As a result of the continuance in the related case, the parties request that the sentencing hearing in this matter be continued to October 20, 2025 at 8:30 a.m. before the district judge so that defendant Gomez has adequate time to fulfill all of his obligations pursuant to his plea

agreement. The parties have checked with the NODJ clerk on the availability of the date.

4. The parties further stipulate and request that the date for drafting and responding to any Presentence Investigative Report and sentencing memoranda be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: February 7, 2025         /s/ Chan Hee Chu
                               CHAN HEE CHU
                               Assistant United States Attorney
                               Attorney for Plaintiff


Date: February 7, 2025          /s/ Melissa B. Baloian
                                MELISSA B. BALOIAN
                                Attorney for Defendant
                                EVARISTO GOMEZ

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 24, 2025, to **October 20, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **February 7, 2025**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Gomez
Case No. 1:20-cr-00123-NODJ-BAM