**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant EVARISTO GOMEZ.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:20-CR-00123-DAD-BAM |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT COUNSEL; ORDER** |
| vs. | |
| EVARISTO GOMEZ, | |
| Defendant. | |

  Melissa Baloian, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent Evaristo Gomez. As grounds she states:

1. Melissa Baloian was appointed to represent defendant on August 10, 2020.

2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court and consequently must close her law practice.

4. Defendant Evaristo Gomez is still in need of counsel. The Federal Defender's Office has contacted Laura Myers, with the Federal Defender's Office, who is available to assume representation.

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and new counsel, Laura Myers (Laura_Myers@fd.org), be appointed. Undersigned counsel requests that she be removed from the service list.

Dated: June 17, 2025                                             Respectfully submitted,


                                                                 /s/ *Melissa Baloian*
                                                                Melissa Baloian
                                                                Attorney for Defendant
                                                                Evaristo Gomez


## ORDER

Attorney Melissa Baloian's motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list. Assistant Federal Defender Laura Myers is hereby appointed as counsel *nunc pro tunc*.

IT IS SO ORDERED.

Dated:   **June 17, 2025**                          _____
                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE