HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
EVARISTO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00123-DAD-EPG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| EVARISTO GOMEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Evaristo Gomez, that the status conference currently scheduled for February 19, 2026, at 2:00 p.m., be continued, and that the matter be set for a further status conference on March 12, 2026, at 2:00 p.m.

Pursuant to this Court's minute order on January 28, 2026, the parties hereby submit this stipulation to continue the status conference in this matter to March 12, 2026. Mr. Gomez made his initial appearance in this supervised release violation matter on January 7, 2026. *See* Dkt. #156. Mr. Gomez was ordered released on January 13, 2026, and has been in compliance with the terms of his release. *See* Dkt. #161.

Counsel for Mr. Gomez requires additional time to review and investigate the allegations

in the instant matter, to further discuss the matter with Mr. Gomez, and so that the parties can engage in any resolution discussions. Accordingly, the parties are in agreement to continue this matter to March 12, 2026, at 2:00 p.m. for a further status conference.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: February 18, 2026

/s/ Chan Hee Chu
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: February 18, 2026

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
EVARISTO GOMEZ


**O R D E R**

**IT IS HEREBY ORDERED** that the status conference previously set for February 19, 2026, at 2:00 p.m. is hereby continued for a further status conference on March 12, 2026, at 2:00 p.m.


Dated:  2/18/2026

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE